# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Roger Durand, Linda Durand, and Priscilla Durand, | Court File No.: 15-cv-02102 (RHK/SER) |
| Plaintiffs, | |
| vs. | **MOTION TO EXCLUDE <u>PORTIONS</u> OF EXPERT TESTIMONY** |
| Fairview Health Services, | |
| Defendant. | |

Plaintiffs hereby respectfully move the Court for an Order precluding portions of Defendant's expert testimony as presented in Plaintiffs' Supporting Memorandum of Law and for such other and further relief as the Court may deem appropriate pursuant to Rules 702 and 704 of the Federal Rules of Evidence.

This motion is based on Federal Rules of Evidence 702 and 704; Local Rules 7.1(c)(6)(d); the supporting memorandum of law, declarations, affidavits, and exhibits to be filed with the Court at a future date; oral arguments of counsel at the hearing, and upon all files, records, and proceedings herein, as well as such other information or evidence required by the Court.

DATED:   July 18, 2016

GILBERT LAW PLLC

By:   s/*Heather M. Gilbert*
    Heather M. Gilbert, #392838
    Winsor Office Plaza
    1935 County Road B2 W.
    Suite 402
    Roseville, MN 55337
    (651) 340-9642

**ATTORNEY FOR PLAINTIFFS**