# JOHN C. MCGINTY, JR., FACHE

4203 E. WINDSOR LANE  
COLUMBUS, IN 47201

JOHNMCGINTY@COMCAST.NET

BUS: (812) 376-0717  
CELL: (812) 343-9936

## SUMMARY OF EXPERIENCE

Forty-one years of diversified experience in executive management, operations, strategic planning and consulting with special emphasis on board governance development, management development, medical staff development, mergers and integration, medical staff organizational effectiveness, innovative partnerships, quality improvement/performance improvement, medical staff credentialing and privileging, medical staff quality monitoring/peer review, and community leadership.

| | |
|---|---|
| 2008 to Present | HG Healthcare Consultants, LLC – Wisconsin<br>Founder and Managing Director |
| 1997 to Present | PEREGRINE ASSOCIATES, INC. - Wisconsin<br>President |
| 1982-2008 | THE GREELEY COMPANY, Marblehead, MA<br>Senior Consultant and Managing Director |
| 1986 to 1997 | SOUTHEASTERN INDIANA HEALTH MANAGEMENT, INC.,<br>and COLUMBUS REGIONAL HOSPITAL, Columbus, IN<br>President and Chief Executive Officer |
| 1979 to 1986<br>1977 to 1979 | KENOSHA MEMORIAL HOSPITAL, Kenosha WI<br>President and Chief Executive Officer<br>Vice President and Chief Operating Officer |
| 1973 to 1977 | WAUKESHA MEMORIAL HOSPITAL, Waukesha, WI<br>Assistant Vice President, Administrative Assistant and<br>Administrative Resident |

**EDUCATION**   Masters Degree in Hospital Administration, Xavier University, Cincinnati, OH - 1974

Recipient of Foster G. McGaw Scholarship  
American College of Hospital Executives - 1973

Bachelor of Arts Degree in Economics, Carthage College, Kenosha, WI - 1972

## SELECTED HONORS AND AWARDS

- VHA National Quality Leadership Award, Improvement in Organizational Management, 1996
- *Fortune* Magazine - Beacon Award for excellence in corporate design, 1994
- *Hospitals* Magazine - featured as one of the 50 leading health care professionals - 1986
- American College of Healthcare Executives - Hudgens-Young Administrator of the Year Award of Merit - 1984 honorable mention
- Young Administrator of the Year, Wisconsin Hospital Association - 1982
- Governor's appointment to Indiana State Department of Health Hospital Licensing Council - 1988-1996

2015-10-29

**ATTACHMENT 22 - EXHIBIT B**

## SELECTED PROFESSIONAL AFFILIATIONS

- Fellow – Board Certified in Healthcare Administration - American College of Healthcare Executives, 1973-
- Board Member - Volunteers in Medicine Institute, 2002 –
- Board Member – Pastoral Leadership Institute, 2015 -
- Board Member - Irwin Union Bank and Trust Company, 1988-2009
- Board Member - Irwin Financial Corporation, 1990-2009
- Teaching Faculty – Indiana University, 1999- 2001
- Member - Council of Regents of American College of Healthcare Executives, 1990-1991
- Board Member /Executive Committee Member - Southeastern IN Health Organization, 1986-1997
- Board Member - Indiana Hospital Association, 1989-1996
- Board Member - Wisconsin Hospital Association, 1982-1986
- Board Member/Executive Committee Member - Voluntary Hospitals of America Tri-State, 1986-1997
    - Chairman - Voluntary Hospitals of America Tri-State, 1995-1997
- Board Member/Executive Committee Member - VHA Central, 1996-1997
    - Chairman - VHA Central, 1996–1997
- Member – Young Presidents' Organization, 1992-1994
- Delegate - American Hospital Association House of Delegates, 1985-1987
- Preceptor and Faculty member - Xavier University Graduate Program in Hospital and Health Administration
- Preceptor and Faculty Member - Indiana University Graduate Program in Hospital and Health Administration
- Chairman, Healthier Community Council, 1994-1997

## PROFESSIONAL PUBLICATIONS

- Editorial Board – *Healthcare Governance Report*
- Editorial Board – *Briefings on JCAHO*
- Board Evaluation of the CEO, *Health Governance Report*
- Guide to Preparation of Governing Body Policy and Procedure Manual.
- SIHO Thrives on Employer/Provider Cooperation, *Healthcare Executive*, American College of Healthcare Executives

## SELECTED COMMUNITY LEADERSHIP

- Chairman - United Way of Bartholomew County Community Campaign
- Board Member - United Way of Bartholomew County
- Board Member - Columbus Area Chamber of Commerce
- Board Member – Columbus Indiana Philharmonic Orchestra
- Board Member and Secretary - Columbus Economic Development Board
- Board Member – St. Peter's Lutheran Church
- Member - Maximum Advantage Partnership, City of Columbus
- Member - Columbus Rotary
- Member - Fellowship of Christian Athletes
- Chairman - Carthage College Board Leadership Evaluation Committee and President's Advisory Council

**ATTACHMENT 22 - EXHIBIT B**